JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD EDWARD KASTLE, aka CHAD KASTLE,<br><br>    Petitioner,<br><br>vs.<br><br>C. NOLL,<br><br>    Respondent. | Case No. CV 10-0583-CAS(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: FEBRUARY 10, 2010

                                      /s/ Christina A. Snyder
                                  CHRISTINA A. SNYDER
                                UNITED STATES DISTRICT JUDGE

R&R-MDO\10-0583.jud
1/29/10